JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. BETCO CORPORATION, Appellant.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. ERNEST N. ADLER et al., Copartners under the Firm Name of ADLER, HLAVAC & PILNACEK, Appellants.

(Argued December 9, 1935; decided January 8, 1936.)

*William M. Kilcullen* for appellants.

*John A. Mullen* and *Harrison W. Gebhardt* for respondent.

In each case judgment affirmed, with costs; no opinion. Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.